PS 8
(2/23)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

U.S.A. vs. Benjamin Michael Jones                                Docket No. 5:23-CR-20041

### Petition for Action on Conditions of Pretrial Release

Pretrial Services Officer Christen Rudd presents this report concerning the conduct of Defendant Benjamin Michael Jones. On June 30, 2022, Judge Jonathan J.C. Grey placed the defendant under pretrial release supervision with the following conditions:

1. **Report, as directed, to Pretrial Services Agency.**
2. **Surrender any passport immediately and/or enhanced identification to the supervising officer as directed.**
3. **Do not obtain a passport, enhanced identification or other international travel documents.**
4. **Travel is restricted to the State of Michigan unless prior consent is received from Pretrial Services or the Court.**
5. **Do not possess a firearm, destructive device, or other dangerous weapons. Remove all firearms, destructive devices or other dangerous weapons from bond address and provide verification to the supervising officer within 48 hours of release.**
6. **Do not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Provide documentation of any prescribed medications to the supervising officer and any new medications prescribed by a licensed medical practitioner throughout supervision. Refrain from the use of marijuana which is prohibited by federal law.**
7. **Submit to any testing required by the supervising officer to determine whether the defendant/person under supervision is using a prohibited substance. Testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant/ offender must not obstruct or attempt to obstruct or tamper with the efficiency and accuracy of any prohibited substance screening or testing.**
8. **Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.**
9. **Resolve all outstanding warrants as directed by the supervising officer.**
10. **Do not board a boat without notifying Pretrial Services prior to boarding the boat (notice must include date/time/owner of the boat).**

11. **Do not operate or allow anyone else to operate the personal boat under investigation (PWR Tower).**

Officer Christen Rudd states there is cause for court action/intervention because of the following conduct and violations by the defendant:

On June 23, 2023, the defendant was arrested by Detroit Police Department for Felony Stolen Vehicle. A copy of the arrest report was received by Detroit Police Department on June 24, 2023, and has been attached for Your Honor's review. As of the writing of this petition, the defendant remains in custody at the Detroit Detention Center. A search of the Third Circuit Court and 36th District Court websites reveal no formal charges have been filed as of the writing of this petition.

At the time of his Initial Appearance, the defendant had twelve outstanding traffic warrants. A criminal record check dated June 26, 2023, reveals the defendant has four outstanding traffic warrants, one of which was issued following the defendant's release on bond for failure to appear in relation to a citation the defendant received on March 23, 2023, for Misdemeanor Drove While License Suspended/Revoked/Denied. Pretrial Services has directed the defendant to clear his outstanding warrants numerous times and has advised the defendant not to drive without a valid license. The defendant admitted to Pretrial Services on April 4, 2023, that he drives without a valid license and indicated he will continue to do so.

On June 26, 2023, Pretrial Services notified the Assistant United States Attorney's office and defense counsel of Pretrial Services' request for the below.

Pretrial Recommendation:

It is respectfully recommended the defendant appear before Your Honor to answer the above-noted allegations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2023

Respectfully,

   s/Christen Rudd_____
United States Pretrial Services Officer


Place: Detroit, Michigan

**THE COURT ORDERS:**

[ ]     No Action

[ ]     Modification of Pretrial Conditions as Requested

[ X ]    Bond Review Hearing and defendant to appear before the Judge Judith E. Levy on July 24, 2023, at 3:00 p.m.

[ ]     The Issuance of a Warrant [check one of the below]
       [ ]    Defendant to appear before the Judge assigned to the case
       [ ]    Defendant to appear before the Duty Magistrate Judge

[ ]     The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ]     Other

ORDER OF COURT

Considered and ordered this 10th day of
July, 2023 and ordered filed and
made a part of the records in the above case.

                                              s/Judith E. Levy
                                              JUDITH E. LEVY
                                              United States District Judge